# EXHIBIT A

**Reviewing Ledgers:** *Last updated: September 2024*

🟩 Template_Rent Ledger
- It is not necessary to use this sheet, however it may be helpful as you get started / comfortable with the process

**Before starting this process,** a tenant will reach out and request assistance understanding their ledger, checking the ledger for discrepancies, or confirming the accuracy of their ledger.

**Step 1:** Get a copy of the tenant's ledger. *Depending on management's awareness of regulations, willingness to follow them, and if we are required to take enforcement action.*
- Tenants can email their property manager and request a copy of the ledger.
    - Remind tenants to request a ledger that shows *at least* 3 months of rent
        - If they know that things started getting weird with their rent more than 3 months ago then they should request a ledger that covers the appropriate length of time
- If they don't receive it, they can contact NHC and/or HUD. Tenants have the right to their tenant file.
    - **HUD contact:**
        - (312) 353-6236 ext. 5
    - **NHC contact:**
        - (773) 304-0431
- *Only* use a physical or digital pdf copy of a ledger provided by management as the basis of your analysis. An old spreadsheet created by another staff, especially if it itself is not backed up by a management ledger, is insufficient.
- Knowing the reason behind the review will help you throughout the process. So, ask yourself, **WTF?  What's The Function** of you doing this review?
    - Does the tenant think they have been overcharged by hundreds? Thousands?
    - Do they think they should get a credit?
    - Do they think they weren't accurately credited during months they paid rent?
    - Did their income change at some point of their lease and they feel like it was never accurately reflected in their ledger?

**Once you have a copy of their ledger you are ready to begin the review.**
- The initial review of the ledger helps us form questions that will lead to us figuring out why the ledger is inaccurate. Once we do an initial review, then we may need supporting documents from the tenant.
    - You don't need to reach out to the tenant until Step 4 of this process, and you don't need to collect supporting documentation until Step 5.

**Step 2:** Convert the ledger to a .xlsx file or a google sheet file. *1 hour.*

***Tip*** If you are converting a scanned document, make sure to first select "Scan & OCR" in Adobe Acrobat and follow steps in order to export the file to a spreadsheet

- 
- **In your google sheet file:** Make 2 tabs in the ledger. They both will be the ledgers from management, but label one as "Editing / Reviewing"
    - This way, if things get wonky during your review you will still have the clean ledger.
    - 
- **Spreadsheet tips:**
    - Use the "conditional formatting" tool in google sheet to color code the information and make the review easier
    - Add a column and label it "balance i got"
    - Make comments *(command+option+m)* in the cells
    - Add a table at the bottom that shows the total paid / total charged / total remaining

**Step 3:** Sort the spreadsheet by the 'Description' column, create a new column called 'Type' and categorize each ledger entry by the following categories. *4 hours.*

- HAP Payment
- HAP Charge
- Rent Payment
- Rent Charge
- Adjustment
- Utility Reimbursement
- Utility Adjustment
- Accurate (for entries we believe to be accurate that don't fall into any of the above) or,
- Inaccurate (for entries we believe to be inaccurate that don't fall into any of the above)
- Unknown

**Step 4**: Create new sheets in the spreadsheet for each of the following. *4 hours.*
- Adjustments
- HAP Payments & Charges
- Rent Payments & Charges

**Step 5:** Review ledger for internal errors & calculate remaining balance. You don't need to speak to the tenant yet. *4 hours.*

**Questions to ask yourself while reviewing the ledger:**
1. If HUD's portion of the rent is included in the ledger:
    a. Do the amounts charged to HUD and credited to HUD equal out over the life of the ledger?
2. Do the charges and credits not having to do with the tenant portion of the rent equal out?
3. Are multiple rent amounts being charged in the same month?
    a. Sometimes ledgers will reflect multiple rents in months where recertifications are executed.
4. Are amounts being accurately applied?
    a. Are charges being applied as charges and making the balance go up?
    b. Are credits being applied as credits and making the balance go down?
    c. If utilities are included in the rent:
        i. Are utility reimbursements being accurately applied? (I.e. as a credit, not as a charge?)
5. Is the ledger start date reflective of the dates that you are looking to review?
6. Is every charge applied to the tenant properly named/coded?

**Step 6**: If a substantial balance remains, establish income & rent payment timeline. Just a conversation with the tenant & take notes, don't need documents yet. If there were credits or charges you didn't understand in the ledger, can ask the tenant.
1. Does the tenant believe the monthly rent charges are relatively accurate/what they should have been paying?

2. When were they working and when weren't they? Did they tell management? If so, how?

**Step 7**: Compile all errors. Determine which errors have the biggest impact on the balance, and get documents from tenants to prove those errors if needed (i.e. income change reports, money order receipts, etc.).
- **If you can't get documentation for a minor error,** (i.e. a one-time car parking charge, or an extra late charge) **move on.** It is important to focus on the major issues / most impactful errors rather than every issue.
- **If you can't get it for a major issue, contact Lilly/Noah.**

Documents from tenants that you might request:
    - Rent Payment receipts (money order receipts, checks, online rent payment screenshots, etc).Important if the tenant thinks they were charged for months they paid.
- Bank statements or digital employment accounts
    - Important to prove income(s), or changes in income(s).
- Digital accounts for benefits (unemployment, TANF, SNAP, etc)
    - Important to prove changes in non-employment based income(s).
- Lease
    - Important to prove whether the parking fee / key replacement charge(s) aligns with what is stated in the tenant's lease.
- Emails
    - Important to prove whether the tenant informed management of changes in income.
    - Important to prove whether the tenant and management have agreed to a payment plan.


**Step 8:** Review findings with supervisor to determine next steps and draft letter to management.

- Everything is a case-by-case basis, but some examples of potential next steps include:Connecting with other tenants who are experiencing rent issues and finding a solution as organizers
- Connecting with legal resources.
- Connecting with social service programs that may help the tenant pay their bills

---

## Calculating Rent:

Guiding Documents
- [HUD Occupancy Handbook: Chapter 5: Determining Income and Calculating Rent](#)
- [National Housing Law Project: Information on how rent is calculated for Public Housing, Project-based Section 8 and Voucher Program](#)
- [Income Deductions and Exclusions](#)

**Step 1:** Choose which worksheet / spreadsheet you want to use during this process

- Spreadsheet with embedded equations
    - I recommend using this sheet
- Rent Calculation Worksheet; HAP Calculation Worksheet
    - These worksheets can be helpful if you are not on the computer

**Step 2:** Make a copy of the document and save it in tenants folder (*Tenant'sInitials - Rent Calculation - Year*)

**Step 3:** Make sure all numbers on the document are updated with the correct deduction amounts

- These amounts may change; example: Disability deduction, child care deduction, etc.

**Step 4:** Work with tenant to complete form with correct information

**Step 5**: Compare TTP and HAP with what is documented on tenant's ledger

**Step 6:** Review findings with Noah/Lilly and determine next steps