# EXHIBIT B


# Gmail

Noah Moskowitz <noahmosk@gmail.com>

## Complaint re: Inaccurate Rent Balances Affecting Tenants at Fox Shore Apartments (430 N River)

**Noah Moskowitz** <noah@tenanteducationnetwork.org>　　　　　　　　　　　Wed, Oct 16, 2024 at 9:00 AM
To: residentconcerns@nhcinc.org
Cc: "Smith, Gerald A" <Gerald.A.Smith@hud.gov>, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Cassie Shugart <cassie@tenanteducationnetwork.org>, Tammi Brown <tammi@tenanteducationnetwork.org>, "Radhakrishnan, Seema" <Seema.Radhakrishnan1@hud.gov>

Dear National Housing Compliance,

Please see this complaint letter (also attached) on behalf of 5 tenants (cc'ed) of Fox Shore Apartments, 430 N River St, Aurora, IL 60506. Fox Shore is a HUD subsidized Project Based Section 8 building.

Each tenant's most recent rent ledger has a large, incorrect balance that they should not owe, and have been unable to rectify on their own.

Please see authorizations (also attached) from each tenant to make this complaint on their behalf to NHC and other entities.

Accessing the hyperlinks in the complaint is extremely important for documenting the errors in each ledger, so if you cannot access them please contact me at noah@tenanteducationnetwork.org or 516 639 2744.

Please also feel free to reach out to me with any questions.

Thank you.

Noah Moskowitz, (c) 516 639 2744
noah@tenaneducationnetwork.org
Co-Director, Tenant Education Network
https://tenanteducationnetwork.org/

---

**6 attachments**

- 📄 NHC Complaint Letter Regarding Fox Shores Rent Balances (1).pdf
  112K
- 📄 Fox Shore Balance Reporting Authorization - ▇▇▇▇▇▇▇▇.pdf
  77K
- 📄 Fox Shore Balance Reporting Authorization - ▇▇▇▇▇▇▇▇.pdf
  79K
- 📄 Fox Shore Balance Reporting Authorization - ▇▇▇▇▇▇▇▇.pdf
  80K
- 📄 Fox Shore Balance Reporting Authorization - ▇▇▇▇▇▇▇▇.pdf
  80K
- 📄 Fox Shore Balance Reporting Authorization - ▇▇▇▇▇▇▇▇.pdf
  77K

Dear National Housing Compliance

Please see this complaint letter on behalf of 5 tenants of Fox Shore Apartments, 430 N River St, Aurora, IL 60506. Each tenant's most recent rent ledger has a large, incorrect balance they should not owe, and have been unable to rectify on their own.

This letter is divided into sections for each tenant. Each section includes a link to the tenant's ledger, a brief explanation of the error/s in the ledger, and links to supporting documents. Accessing the links is extremely important for documenting the errors in each ledger, so if you cannot access them please contact Tenant Education Network organizer at noah@tenanteducationnetwork.org or 516 639 2744. Please also feel free to reach out with any questions.

Common issues across all ledgers include:
- Large and unexplained rent charges in 2023
- Income changes and recertifications not being accurately or timely reflected in rent ledgers.
- There have been 3 property managers over the last 2 years, complicating tenants efforts to resolve these issues.

---

**Head of Household:** ▇▇▇▇▇▇▇▇
**Unit Number:** ▇
**Most recent ledger provided to tenant from property management**: August 22, 2024 (link).
**Issues present in ledger**: On July 31, 2023 ▇▇▇▇▇▇ was incorrectly charged $5,785 for her rent portion. She was charged for rent the following day 8/1/2024. It should go without saying that a rent charge of $5,785 is not legitimate, nor is being charged 2 months of rent 2 days in a row. ▇▇▇▇▇ has attempted to get a written explanation for this $5,785 rent charge without success. If it cannot be explained, she is **owed at least $4,028 in rent overpayment.**

In February 2024, ▇▇▇▇▇▇ was told by management she owed over $5,000 in back rent. ▇▇▇▇▇▇ did not agree, but was afraid of being evicted and so ended up paying $5,245 in the month of March. Upon getting involved with her Tenant Association in August 2024 and learning about her rights as a tenant, she attempted to resolve this issue.

Between August 21 through September 4, 2024 ▮▮▮ and property manager Adrianna Jones exchanged emails regarding ▮▮▮ ledger (original emails and text available at this [link](#)). In each email ▮▮▮ requested clarification for the $5,785 rent charge she received on July 31, 2023. Ms. Jones repeatedly would not provide an explanation for this charge in writing, instead asking to discuss the issue in person.

Notably, on August 22, 2024 Ms. Jones wrote that she did not know why ▮▮▮ was charged $5,785 for rent and she herself was confused by this and had reached out to compliance ([link](#)).

Adding to the confusion, this [8/6/2024](#) ledger shows different charges, credits, and balances than the [8/22/2024](#) ledger. However, the $5,785 rent charge on 7/31/2023 appears on both.

▮▮▮ is trying to move but has been told by leasing agents that her current rent ledger makes it likely that she will be denied housing. This issue has far-reaching and long-lasting impacts on ▮▮▮ ability to secure safe and stable housing.

---

**Head of Household:** ▮▮▮
**Unit Number:** ▮▮
**Most updated residential ledger provided to tenant from property management:** August 12th, 2024 ([link](#)).
**Issues present in ledger:** ▮▮▮ balance is currently $12,686, but it should be zero.

Her subsidy was incorrectly terminated in August 2023, a fact later recognized by management, who wrote off 4 months of market rate rent on November 8th, 2023. However, the market rate rent for December 2023 should have also been written off.

Furthermore, ▮▮▮ lost her job on December 13th, 2024 and did her interim recertification in the office on December 14th, 2023, as [this text message](#) between her and the property manager at that time reflects. Unfortunately, she continued to be charged market rate rent until she completed her annual recertification effective 8/1/2024, when her rent went to zero.

Last but not least, her ledger shows an unexplained rent charge of $4,444 on January 3rd, 2023, and has no entries at all from February to August 2023.

▓▓▓ spoke with the current property manager Adrianna Jones in September of this year, who said she corrected errors on her ledger. However, when ▓▓▓ emailed to ask for an updated copy of her ledger, on September 20th, ▓▓▓ said she did not have one because "they are looking to everyone[s] ledger one by one so it will take time."

---

**Head of Household:** ▓▓▓
**Unit Number:** ▓▓▓
**Most updated ledger provided to tenant from property management:** August 26, 2024 (link).
**Main Issue present in ledger:** Management claims ▓▓▓ owes a balance of $5,580 according to her current ledger. But her rent was inaccurately calculated for approximately 1 year, primarily due to Americorps income that incorrectly included in her income calculation. All told, approximately $5,626 in incorrect charges should be removed from her balance, leaving her with a credit of $46.

In August 2022 ▓▓▓ lost her position at a mental health office, and reported the loss of income to management. Prior to this time she was current with rent. After this loss of income, she continued to pay a slightly lower rent consistent with her new, lower income, approximately $800/month. However, management never adjusted her rental amount in their records, causing a balance to accrue. Making matters worse, on December 1, 2022 ▓▓▓ rent was incorrectly increased to $1,307 as a result of an annual recertification. She was never notified of this increase, and continued to pay the amount she was charged prior to the recertification. These figures can be found on her ledger at the time, here.

During that annual recertification process she was transparent about all sources of income, including an Americorps position. She notified management of this position, and that it should not count toward her income in per applicable HUD regulations (Exhibit 5-1:Income Inclusions and Exclusions(16)f).

As these email exchanges between ▓▓▓ and management in February 2023 and April 2023 demonstrate, she consistently requested management to provide her with her updated tenant payment amount. She was not told until August 2023 and management consistently failed to correctly exclude Americorps from her income until then. As soon as management confirmed her rental amount in in August 2023, she immediately began paying that amount in rent, demonstrated by the current ledger.

█████████ should not owe more than she paid from September 1, 2022 to September 1, 2023. We are happy to work with NHC to establish the exact amount, but she paid approximately $800/month for that year. Using that figure, her rent charges for that period equal $15,069 while her payments equal $9,600. In other words, she was overcharged by $5,469.

---

**Head of Household:** ███████████
**Unit Number:** ███
**Most updated residential ledger provided to tenant from property management**: September 6th 2024 (link).

He received a rent due notice on September 12, 2024 which alleges he owes $2579.00 in unpaid rent. In fact, he should only owe $22 total from late fees in 2023.

a. He was incorrectly charged $1224/month for April, May, and June 2024 but neither his income nor family composition changed during those months. In fact, he continued to pay rent as normal, and never received any notice that he'd I failed to recertify nor that his subsidy was terminated. Furthermore on June 11, 2024 he received a rent due notice stating that my balance was only $246. This error accounts for $2,319 of the total balance.

b. He was incorrectly charged $25 on November 26, 2023 for late fees since the ledger shows he paid rent on November 3, 2023.

c. His ledger reflects he was charged $193.00 for rent on July 31, 2023, and then again, the next day, August 1, 2023 for $451. The 7/31 $193 rent charge should be removed.

d. I was charged $468 on July 1, 2024, even though the notice stating this new rent amount is dated July 8th, 2024, after I had already paid $451 for that month. He should not owe the additional $17.

Adding all the erroneous charges equals $2,554. This amount should be removed from his balance, leaving him with a $22 balance.

---

**Head of Household:** ███████████
**Unit Number:** ███
**Most updated residential ledger provided to tenant from property management**: September 26th 2024 (link).
**Issues present in ledger**: ███████ balance is $1,963, but it should only be $1,011. On July 31st, 2023 there is an unexplained rent charge for $652. But ███████ paid $801 for rent in July 2023 as this rent receipt demonstrates. ███████ also paid $659 on 10/4/2024, making up for a previous month of missed rent. As the ledger demonstrates, ███████ has only missed 1 month of rent for the entire period shown in the ledger.