# EXHIBIT C

March 7, 2025

**VIA EMAIL**
Ellis Lakeview Apartments
ATTN: Ansonia Property Management
4624 S. Ellis Avenue
Chicago, IL 60653

**Re: Rent Ledger Errors and Request for 30-Day Termination Notice Extension**

Dear Management:

Thank you for providing me with copies of the tenants' rent ledgers requested in my February 24, 2025 letter to management. Each file management provided contained a "Purged Resident Ledger" (hereafter "Purged Ledger") and a "Resident Ledger". It appears the Purged Ledgers contain entries for charges and payments leading up to the date that previous property manager, 5T Management, ended its tenure at the property. Conversely, it appears the Resident Ledgers contain entries for charges and payments up to present day, but excludes many such entries present on the Purged Ledgers, leading to disparate rent balances. Importantly, the Resident Ledgers appear to form the bases for the 30-day tenancy termination notices management provided each tenant on or about February 12, 2025, discussed below.

I reviewed each rent ledger in turn and identified a variety of accounting errors detailed below. Please note, I am particularly concerned with the errors I identified to the extent that tenants' Resident Ledgers formed the respective bases for the termination notices management provided to each tenant. **Please review my initial, non-exhaustive analysis below which concludes with my estimate of each tenant's current balance.**

Lastly, the termination notices will lapse on March 14, 2025. As a matter of right, the tenants timely requested copies of their full rent ledgers on February 13, 2025. Initially, management refused to provide tenants their rent ledger pursuant to third-party written authorizations. Then, I sent management a February 24, 2025 letter detailing the tenants' right to access their tenant files and full rent ledgers, and on February 27, 2025, two weeks after initial requests, management finally provided all but one of the requested ledgers via counsel.[1] In light of this, I emailed management's counsel the following day to request that management extend the termination notices until March 28, 2025 so we may review the rent ledgers and resolve tenant balance issues to preclude any unnecessary litigation. **Please confirm whether management will grant my termination notice extension request by Tuesday, March 11th at 5pm CDT.**

Thank you in advance for your assistance and please let me know if you have any questions. Please also let me know when you are available to discuss this matter further so we may resolve these rent balance issues expeditiously and avoid any unnecessary litigation.

---

[1] Management's counsel inadvertently provided one non-requested tenant ledger and thereafter provided the final outstanding ledger on March 3, 2025.

1

████████████, **Unit #**███:

████████████ February 12, 2025 termination notice alleges she owes $2,134.91 in back rent and initially this claim appears to be supported by her Resident Ledger balance. However, this balance is incorrect for several reasons:
- The Resident Ledger incorrectly states ████████ failed to pay rent in August 2024, October 2024, and November 2024;
- ████████████ Purged Ledger reflects that 1) on November 8, 2024 she had a zero balance; and 2) she paid rent on August 6, 2024, October 22, 2024, and November 8, 2024.
- The Resident Ledger reflects that on March 1, 2025, management incorrectly charged ██ ████████ $981.00 for a HUD Housing Assistance Payment[2] ("HAP") which is not her responsibility to pay.

For the foregoing reasons, and after applying the November 8, 2024 zero balance from the Purged Ledger to the Resident Ledger, ████████████ **balance should only be $99 as of February 28, 2025.**

████████████, **Unit #**███:

████████████ February 12, 2025 termination notice alleges she owes $4,622.94 in back rent and initially this claim appears to be supported by her Resident Ledger balance. However, this is incorrect for several reasons:
- The Resident Ledger incorrectly states ████████ failed to pay rent in June 2024;
- ████████████ Purged Ledger reflects that on September 6, 2024 she paid $500.00 to management for rent;
- The Resident Ledger reflects that in August 2024, management charged ████████ $90.00 for rent, and in September 2024, management charged ████████ $647.00.

In order to more accurately determine ████████████ current rent balance, **please provide any available documentation to demonstrate management provided** ████████ **with requisite notice consistent with HUD rent increase notice requirements.[3]**

████████████, **Unit #**███:

████████████ February 12, 2025 termination notice alleges he owes $2,116.98 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:
- The Resident Ledger incorrectly reflect that ████████ failed to pay rent in October 2024;
- The Purged Ledger reflects that 1) on November 1, 2024, ████████ had a zero rent balance; and 2) on October 4, 2024, ████████ paid $212.00 for rent;
- The Resident Ledger reflects HAP charges totaling $30,862.00 and HAP payments totaling only $28,086.00. HAP charges and payments are HUD's responsibility and ████████ is not responsible for paying these charges. Accordingly, the outstanding difference of $2,776.00 is misattributed to ████████ tenant responsibility; and

---

[2] 24 C.F.R. § 982.4(b).

[3] HUD Handbook 4350.3: Occupancy Requirements of Subsidized Multifamily Housing Programs, REV-1, CHG-7, §§ 7-11, 7-13 (Nov. 2013).

- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $949.00 that is misattributed to ███████ tenant rent responsibility.

For the foregoing reasons, ██████████ **rent balance should only be $848.00 as of February 12, 2025.**

████████, Unit # ██ :

██████████ February 12, 2025 termination notice alleges she owes $2,694.98 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:
- The Resident Ledger incorrectly reflects that ████████ failed to pay rent from October 2024 thru December 2024;
- ████████████ Purged Ledger reflects that on October 4, 2024 she paid $900.00 for rent;
- ████████ also has rent receipts evidencing her rent payments in October 2024, November, 2024, and two payments in December 2024;
- The Purged Ledger reflects that on November 1, 2024 her rent balance was a credit of $639.00;
- The Resident Ledger reflects HAP charges totaling $2,171.00 and HAP payments totaling only $1,554.00. HAP charges and payments are HUD's responsibility and ████████ is not responsible for paying these charges. Accordingly, the outstanding difference of $617.00 is misattributed to ███████ tenant responsibility; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $600.98 that is misattributed to ██████████ stenant rent responsibility.

For the foregoing reasons, ██████████ **rent balance should reflect a credit of $639.00 as of February 28, 2025.**

██████████, Unit # ████

██████████ February 12, 2025 termination notice alleges she owes $2,702.98 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:
- The Resident Ledger incorrectly reflects that ████████ 1) failed to pay rent in September 2023, October 2023, February 2024, and from May 2024 to present; and 2) failed to pay $50.00 for a gate key replacement in October 2023;
- ████████ Purged Ledger reflects that 1) on October 4, 2023 she paid $176.00 for rent, on February 23, 2024 she paid $386.00 for rent, and in April 2024 she paid $420.00 for rent; and 2) on October 4, 2023 she paid $50.00 for a gate key replacement;
- ████████ also has rent receipts evidencing her rent payments on September 27, 2023 November 8, 2023, in February 2024, and April 2024, as well as her $50.00 payment for a gate key replacement;

- In other words, ████████ rent obligation from February 2024 through May 2024 was $810.00 and her rent receipts confirm she paid $806.00 over that period;
- The Purged Ledger reflects that on October 1, 2024 her management charged her $49.02 for rent. However, the Resident Leder reflects that management incorrectly charged ████ $130.98 for rent;
- The Purged Ledger reflects that on November 1, 2024 her rent balance was a zero balance. However, the Resident Ledger incorrectly reflects that on November 1, 2024 her rent balance was $2,100.98; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $1,900.00 that is misattributed to ████████ tenant rent responsibility.

For the foregoing reasons, ████████ **rent balance should only be of $840.00 plus any applicable late fees.**

████████**, Unit #**██**:**

████████    December 20, 2024 termination notice alleges she owes $11,3696 in back rent and this claim does not appear to be supported by her Resident Ledger balance for several reasons:

- ████████ Resident Ledger accurately reflects that her rent balance was a zero balance each month from August 2024 thru January 2025, and that when she made two rent payments on January 14, 2025, her rent balance reflected a credit of $486.00;
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $13,700.00 that is misattributed to ████████ tenant rent responsibility; and
- Because of the unreconciled adjustments and HAP charges, ████████ rent balance jumped from a $486.00 credit on January 14, 2025, to a $1,015.00 balance by just February 11, 2025 ████████ then made two rent payments totaling $486.00 on February 20, 2025, bringing her balance to $536.00 before she was erroneously charged $1,776.00 for HUD's HAP responsibility on March 1, 2025, improperly bringing her balance up to $2,554.00.

For the foregoing reasons, ████████ **rent balance should reflect a $586.00 credit, minus applicable late fees.**

████████**, Unit #**██**:**

████████    Resident Ledger incorrectly reflects that he owes $3,422.05 in back rent on February 11, 2025. However, this is inaccurate for several reasons:

- ████████ Resident Ledger incorrectly reflects that on November 1, 2024 his rent balance was $2,210.92. However, the Purged Ledger reflects that on that date ████████ rent balance was a zero balance;
- The Resident Ledger reflects that management erroneously charge ████████ $698.00 for rent in December 2024, and $678.00 for rent in January 2025 and February 2025. However, ████

████ interim recertification correctly states that his rent responsibility was only $387.00 effective December 1, 2024;

- In other words, ████ should only owe $1,839.00 for his rent responsibility from November 2024 thru February 2025, rather than the $3,429.00 claimed by his Resident Ledger on February 11, 2025;

- The Resident Ledger reflects HAP charges totaling $4,659.00 and HAP payments totaling only $4,233.00. HAP charges and payments are HUD's responsibility and ████ is not responsible for paying these charges. Accordingly, the outstanding difference of $426.00 is misattributed to ████ tenant responsibility; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $551.00 that is misattributed to ████ tenant rent responsibility.

For the foregoing reasons, ████ **rent balance should only be $1,839.00 as of February 28, 2025.**

████, Unit # ██:

████ February 12, 2025 termination notice alleges she owes $710.96 in back rent and initially this claim appears to be supported by her Resident Ledger balance. However, this is incorrect for several reasons:

- The Resident Ledger inaccurately claims that on November 1, 2024 ████ owed a rent balance of $713.96, while ████ Purger Ledger correctly reflects her balance on that date reflected a credit of $286.00;
- The only legitimate unpaid charge on the Resident Ledger is the $10.00 charge for a replacement mailbox key on March 19, 2024;
- This 2024 ledger from previous property manager, 5T Management, shows that management erroneously raised ████ rent from zero dollars to $51.00 in October 2024. Management should not have raised her rent because her income did not change to warrant a rent increase;
- The Resident Ledger reflects that management erroneously charge ████ $51.00 for rent in December 2024 and January 2025, and $141.00 in February 2025. However, lease documents and communication from 5T Management correctly state that her tenant rent responsibility is zero dollars effective December 1, 2024;
- The Resident Ledger inaccurately reflects that ████ failed to pay a $25.00 charge for a front door key replacement. However, the Purged Ledger correctly reflects that on February 23, 2024 she paid $25.00 for the key replacement;
- The Resident Ledger reflects HAP charges totaling $7,850.00 and HAP payments totaling only $6,652.00. HAP charges and payments are HUD's responsibility and ████ is not responsible for paying these charges. Accordingly, the outstanding difference of $2,776.00 is misattributed to ████ tenant responsibility; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $1,155.96 that is misattributed to ████ tenant rent responsibility.

For the foregoing reasons, ██████████ **rent balance should reflect a credit of $276.00 as of February 28, 2025.**

██████████**, Unit #**██**:**

██████████ December 20, 2024 termination notice alleges she owes $27,285.96 in back rent and initially this claim appears to be supported by her Resident Ledger balance. However, this is incorrect for several reasons:

- ██████████ Resident Ledger inaccurately reflects that she failed to pay rent in November 2022, December 2022, February 2023, March 2023, April 2023, June 2023, and July 2024;
- However, her Purged Ledger accurately reflects that during those months she paid a total of $7,254.00 for rent. Specifically:
  - November 29, 2022 she paid $500.00 in rent;
  - December 7, 2022 she paid $600.00 in rent;
  - February 20, 2023 she paid $1,206.00 in rent;
  - March 31, 2023 she paid $1,206.00 in rent;
  - April 26, 2023 she paid $1,206.00 in rent;
  - June 5, 2023 she paid $1,206.00 in rent ;
  - June 20, 2023 she paid $630.00 in rent; and
  - July 26, 2024 she paid $700.00 in rent;
- ██████████ Resident Ledger inaccurately reflects that she failed to pay rent in September 2023, October 2023, January 2024, and February 2024, totaling $5,674.00. However, ██████████ drafted this letter in February 2024 which indicates that she should not owe rent for those months;
- ██████████ Resident Ledger reflects management erroneously charged her twice for rent in February 2025, in excess of $1,630.00;
- The Resident Ledger fails to reflect that previous property manager, 5T Management, waived approximately $14,000.00 from ██████████ rent balance representing an unrealized, commensurate payment from the Chicago Emergency Rental Assistance Program that ██████████ never received through no fault of her own;
- The Resident Ledger reflects HAP charges totaling $4,659.00 and HAP payments totaling only $4,233.00. HAP charges and payments are HUD's responsibility and ██████████ is not responsible for paying these charges. Accordingly, the outstanding difference of $426.00 is misattributed to ██████████ tenant responsibility; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $19,793.00 that is misattributed to ██████████ tenant rent responsibility.

For the foregoing reasons, ██████████ **rent balance should have a zero rent balance as of February 28, 2025.**

██████████**, Unit #**██**:**

6

██████████         February 12, 2025 termination notice alleges she owes $110.96 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:

- ██████████         Resident Ledger incorrectly claims she failed to pay rent from September 2024 thru November 2024. However, ██████████ has rent receipts that demonstrate she paid rent during those months;
- On January 7, 2025, management via email confirmed ██████████ rent balance at the end of December 2024 should reflect a credit of $49.04;
- ██████████ thereafter paid rent in January 2024 and February 2024; and
- The Resident Ledger reflects HAP charges totaling $4,402.00 and HAP payments totaling only $2,438.00. HAP charges and payments are HUD's responsibility and ██████████ is not responsible for paying these charges. Accordingly, the outstanding difference of $1,964.00 is misattributed to ██████████ tenant responsibility.

For the foregoing reasons, ██████████ **rent balance should reflect a zero balance as of February 28, 2025.**

██████████, **Unit #305:**

██████████         February 12, 2025 termination notice alleges she owes $4,432.94 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:

- The Resident Ledger reflects that she was charged a total of $5,246.00 for rent from January 2023 thru February 2025. However, the Resident Ledger inaccurate reflects that during that period she made rent payments only totaling $1,934.00, failing to capture $1,200.00 in rent payments she made in September 2024;
  - In other words, reconciling ██████████ rent charges and rent payments for this period should reflect a balance of $2,112.00;
- ██████████ was erroneously charged $930.00 for rent in August 2024 and September 2024. ██████████ told me that she had zero income in August 2024 and that in September 2024 her income consisted solely of her wages from working at a bus company (roughly $700.00/month); and
  - In other words, she should have only been charged approximately $0 for rent in August 2024 and $210.00 for rent in September 2024, rather than charged $930.00 for each month;
  - On October 17, 2024, ██████████, via counsel, provided this letter to management to address these specific change of income issues.

For the foregoing reasons, ██████████ **rent balance should only be approximately $452.00, plus applicable late fees.**

██████████, **Unit #** ██ **:**

██████████         February 12, 2025 termination notice alleges she owes $3,022.92 in back rent and initially this claim appears to be supported by his Resident Ledger balance. However, this is incorrect for several reasons:

- The Resident ledger inaccurately reflects that ██████████ failed to pay rent for July 2024. However, the Purged Ledger reflects that on July 5, 2024, ██████████ paid $1,170.00 for rent;

- ███████████ otherwise paid the full portion of her tenant rent responsibility each month; and
- The Resident Ledger reflects various "adjustment" credits and debits related to annual recertifications and interim recertifications. These are artifacts of recertification in the ledger and not a legitimate charge to the tenant. The difference between them should be zero, however I identified an outstanding difference of $2,076.00 that is misattributed to ███████████ tenant rent responsibility.

For the foregoing reasons, ███████████ **rent balance should be a zero balance as of February 28, 2025.**

Again, thank you in advance for your assistance and please let me know if you have any questions.

Sincerely,

*Peter Luck*

Peter Luck
Staff Attorney
Tenant Education Network | Beyond Legal Aid
Phone: (847) 565-9703 | Fax: (312) 999-0076
pluck@beyondlegalaid.org
tenanteducationnetwork.org | beyondlegalaid.org