UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE ADDAMS SENIOR CAUCUS, NORTH CAROLINA TENANTS UNION, MARYLAND LEGAL AID, and LISA A. SADLER,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SCOTT TURNER, in His Official Capacity as Secretary of the United States Department of Housing and Urban Development,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00718 |

### DECLARATION OF JANE DOE

I, Jane Doe,[1] hereby declare as follows:

1. I submit this declaration regarding the rescission of the 2024 Final Rule titled "30-Day Notification Requirement Prior to Termination of Lease for Nonpayment of Rent" ("2024 Final Rule") by the United States Department of Housing and Urban Development ("HUD").

2. I am a member of the North Carolina Tenants Union ("NCTU"). I paid annual dues to be part of the union. I have been a member since August 15, 2025. I am comfortable with NCTU representing my interests in this case.

---

[1] Jane Doe submits this declaration under a pseudonym because, as a victim of stalking and domestic violence, she fears that publicly filing a declaration identifying her name and residence would materially increase the risk that her abuser could locate her.

1

3. I am a tenant at Healy Drive Towers, a public housing property in Winston-Salem, North Carolina. I have lived at Healy Drive Towers for about four years.

4. Since the summer of 2024, I have received a notice of eviction for nonpayment every month because I do not receive my Social Security income until the fourth Wednesday of each month, which is after my rent is due.

5. I am a 71-year-old White woman and reside by myself with my service dog. I am retired. Before I retired, I worked for the county government for about 20 years.

6. Because I no longer work, my sole income is retirement income from the Social Security Administration. I currently receive $1,303 per month.

7. Because of my fixed income, it would be difficult, if not impossible, for me to find a home to rent on the private market without my subsidy.

8. Prior to getting the apartment at Healy Drive Towers, I was homeless and had to stay at a homeless shelter for about 90 days. I became homeless after my husband died of cancer and I ended up in an abusive relationship. I had to sell my house and then was unable to find rental housing that I could afford.

9. The shelter referred me to the unit at Healy Drive Towers. I think I was able to skip to the top of the waiting list because I was in a shelter. My public housing unit was a godsend. I do not know where I would go without it.

## Healy Drive Towers

10. Healy Drive Towers is a traditional public housing property, owned and managed by the Housing Authority of the City of Winston-Salem, now called "Aspire."

11.     Currently, the property provides 30 days' notice and opportunity to cure a nonpayment violation before eviction. Tenants are also entitled to a copy of their ledger. As I describe herein, the 30 days' notice has helped me to avoid eviction and pay my rent balance.

12.     I am worried that if the 2024 Final Rule is revoked, Healy Drive Towers will go back to providing only 14 days' notice of eviction. Also, tenants will have only 10 days to resolve any issues and pay any legitimately owed balance.

### Risk of Eviction with Insufficient Notice

13.     I face eviction for nonpayment every month because of the nature of my income.

14.     My rent is due on the first of every month and is late after the fifth. I receive my Social Security check on the fourth Wednesday of the month, and it is my entire income. It used to be that I would pay my monthly rent with the prior month's check. For example, when I received my Social Security income on the fourth Wednesday of April, I would pay my rent for May. But then around the summer of 2024, my service dog became very sick, and I had to unexpectedly pay about $1,000 out of pocket to save her life. My service dog is very important to me. She used to be my husband's service dog before my husband passed away. Now she is my service dog and is trained to alert me when my heart is beating too fast and to help keep me safe. After my service dog got sick, and I had to pay all that money out-of-pocket on veterinary bills, I got behind on rent. It took me about two months to catch up on rent. Part of the reason I was able to catch up is because I received $615 in rental assistance that was crowdfunded for me by community members. I was able to stay in my home because I had time to get help and catch up after an unexpected emergency.

15. After falling behind, I was no longer able to pay my rent with the previous month's check. I had to instead pay my rent with my current month's check, which does not come until the fourth Wednesday. I have not been able to catch up on rent because I live paycheck to paycheck. Each month, when I receive $1,303 in income, I pay $428 in rent and spend about $175 on my food, about $100 on food and other necessities for my service animal; $45 for my phone bill; about $130 for my internet; about $50 on personal hygiene products; $107 on car insurance; and about $50 for gas. I also have to pay medical bills because of my recent hospitalization. After all that, I barely have anything left at the end of the month.

16. Because of my budget, I cannot possibly save enough money to pay two months' rent within a two-week period from a single Social Security check. My entire monthly income of $1,303 is fully allocated to rent and essential living expenses, leaving no surplus from which I could accumulate an additional month's rent. As a result, it is impossible for me to pay my rent portion at the beginning of the month when it is due.

17. Because of when my Social Security check arrives, for each month since I have fallen behind, I am charged a $15 late fee for paying late and I receive a 30-day notice to pay or vacate. I have received 30-day notices for approximately 18 consecutive months.

18. Sometimes the eviction notices I receive contain errors. For example, in November and December 2025, I received notices that said I had not paid the $15 late fee the prior month. But I had proof that I did pay the late fee. The manager told me the notices were printed somewhere else and not generated by her. She said she only signs them.

19. I am always able to cure the violation and pay before the 30 days expire, since my check comes at the end of the month.

20. I do not think it is fair that the property charges me a late fee because it's not my fault that the government sends my check so late in the month. I have told the property that I pay late based on when my Social Security check arrives and I also informed them when my service animal was sick. But they have not stopped charging me late fees or issuing me eviction notices.

21. I have had other issues with management that have put me at risk of eviction. I previously received about $500 more per month from the Social Security Administration. But then in January 2025, I became a victim of tax fraud. Someone stole my social security number and filed two W2s with my tax information. As a result, my benefits were reduced. I have been struggling to find assistance to resolve this issue. In the meantime, I alerted the property manager that my income had been reduced, but she did not reduce my rent accordingly. This made it harder for me to afford my rent. It took me about a week and a half to get an appointment with Social Security to obtain paperwork showing that my check had been reduced. Several months later, a new manager came in and adjusted my rent down. But she did not make the adjustment retroactively, so I was stuck paying rent that was higher than I could afford for three months.

22. I am sure that if the 2024 Final Rule is revoked, the Housing Authority of the City of Winston-Salem will go back to giving me less notice. I think this is true because, from what I have seen, they will do whatever they can to get people out of there as fast as possible.

23. When I receive another notice, I will not be able to cure within the 10 days allowed under North Carolina state law or the 14-day notice period required for public housing. I cannot cure the violation until I get my check on the fourth Wednesday of the month.

24. As a result, I will face eviction the month after the 30-day notice rule is revoked.

## Irreparable Harm if Evicted

25. I cannot afford an apartment on the private market with my fixed income.

26. If evicted, I would be homeless again and would probably have to stay at a shelter. I do not have family I can stay with. It was very stressful the last time I had to stay at the shelter. I had to sleep on an inch-thick piece of foam, which aggravated by back pain. It was hard for me to get a good night's sleep. Plus, I am afraid I might not be able to keep my dog.

27. I have a physical therapist who comes to my home to work with me because I have chronic back pain. I do not know how I would continue my physical therapy if I were homeless or lost my apartment. Discontinuing my physical therapy would make it harder for me to function. I am afraid that I would be placed in an inpatient rehabilitation center and would not be able to live independently.

28. It would be very hard for me to move right now because my doctor said I need to be taking it easy and cannot drive. This is because I was recently hospitalized with a kidney infection and high blood pressure.

29. Even if I could afford to rent an apartment, having the eviction on my record would make it doubly hard to find one since most places screen for eviction history.

## Procedural Injury

30. I believe that before the government revokes the 2024 Final Rule, it should consider the experiences of tenants like me who have benefitted from the rule and will be harmed by its revocation.

31. I have important information to share about how tenants whose income comes later in the month are at risk of eviction if the 2024 Final Rule is revoked. I also want to share

that sometimes it takes a month or more to get rental assistance, which is another reason that the 30 days is necessary.

32. With only 14 days' notice and 10 days to cure under state law, I would be evicted because of when my Social Security check comes. HUD should consider this before revoking the rule.

33. I could not have shared my comments in response to the 2023 Notice of Proposed Rulemaking because the experiences I describe happened at the end of 2024 and in 2025, after the current rule went into effect.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed in _Winston Salem N_ on February 26, 2026.

_Jane Doe_
Jane Doe