**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE ADDAMS SENIOR CAUCUS, NORTH CAROLINA TENANTS UNION, MARYLAND LEGAL AID, and LISA A. SADLER, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT and SCOTT TURNER, in His Official Capacity as Secretary of the United States Department of Housing and Urban Development, <br><br> *Defendants*. | Civil Action No. 1:26-cv-00718 |

**[PROPOSED] ORDER GRANTING SECTION 705 STAY AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and Stay, all

supporting papers, Defendants' responses thereto, all other papers filed in this action, and

any oral arguments presented, it is hereby

ORDERED that Plaintiffs' Motion for a Stay and Preliminary Injunction is

GRANTED; and it is further

DECLARED that the Department of Housing and Urban Development's 2026

Interim Final Rule "Revocation of the 30-Day Notification Requirement Prior To

Termination of Lease for Nonpayment of Rent" ("2026 IFR") is a substantive and

legislative rule and unlawful, undertaken without requisite notice-and-comment

rulemaking, and arbitrary, capricious, an abuse of discretion, or otherwise not in

accordance with law; and it is further

     ORDERED that the 2026 IFR is vacated and set aside; and it is further

     ORDERED that the implementation of the 2026 IFR is stayed and the effective

date of the 2026 IFR is delayed pursuant to 5 U.S.C. § 705; and it is further

     ORDERED, pursuant to Rule 65 of the Federal Rules of Civil Procedure, that

Defendants are hereby enjoined to rescind the 2026 IFR and from taking any action to

further the implementation of the 2026 IFR; and it is further

     ORDERED that no bond shall be required pursuant to Federal Rule of Civil

Procedure 65(c); and it is further

     ORDERED that Plaintiffs shall be awarded their costs of suit and expenses,

including reasonable attorneys' fees and expert witness fees.

     SO ORDERED.


Dated:                      _____

                             United States District Judge